## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES E. SHELTON,

               *Plaintiff,*

    v.

FREEDOM FOREVER, LLC,

               *Defendant.*

CIVIL ACTION
NO. 24-4333

## ORDER

**AND NOW**, this 4th day of March 2025, upon consideration of Freedom Forever's Partial Motion to Dismiss and Motion to Transfer Venue, (ECF No. 6), Shelton's Response, (ECF No. 7), and Freedom Forever's Reply, (ECF No. 8), it is hereby **ORDERED** that the Motion to Transfer Venue is **GRANTED**.

The Clerk of Court shall **TRANSFER** the case to the United States District Court for the Central District of California.

BY THE COURT:

*/s/ Gerald J. Pappert*

Gerald J. Pappert, J.