UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-01970-ODW (ADSx) | Date | March 13, 2025 |
|---|---|---|---|
| Title | *James E. Shelton v. Freedom Forever LLC* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

On March 11, 2025, the Court received transfer of this case from the U.S. District Court, Eastern District of Pennsylvania. (ECF No. 12.) Accordingly, Defendant is ordered to respond to Plaintiff's Complaint within **fourteen (14) days** of the date of this order.

**IT IS SO ORDERED.**

                                                                                        :    00

                                                     Initials of Preparer    SE