Dana Oliver
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021
*Local Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SHELTON individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>FREEDOM FOREVER, LLC<br><br>Defendant. | Case No. 2:25-cv-01970-ODW-ADS<br><br>**ENTRY OF APPEARANCE**<br><br>**Class Action**<br><br>**JURY TRIAL DEMAND** |

## ENTRY OF APPEARANCE

Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.[1]

Respectfully submitted,

---

[1] Class and Primary for Plaintiff, Andrew Roman Perrong, will shortly file an application for admission *pro hac vice*. However, he is still awaiting certificates of good standing from the authorities, which is delaying completed submission of the application.

| | |
|---|---|
| Dated: March 17, 2025 | OLIVER LAW CENTER, INC. |
| | By: */s/Dana Oliver* |
| | Dana Oliver |
| | dana@danaoliverlaw.com |
| | OLIVER LAW CENTER, INC. |
| | 8780 19th Street #559 |
| | Rancho Cucamonga, CA 91701 |
| | Telephone: (855)384-3262 |
| | Facsimile: (888)570-2021 |
| | Attorney for Plaintiff and Putative Class |

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

                                                            */s/ Dana Oliver*
                                                            Dana Oliver