

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Andrew Roman Perrong, Esq.*

### DATE OF ADMISSION

*October 10, 2023*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 3, 2025

Nicole Traini
Chief Clerk



STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

ANDREW ROMAN PERRONG

as an Attorney of this Court.

I, as State Court Administrator of the State of Oregon, certify that on the 19th day of September, 2024

ANDREW ROMAN PERRONG

was admitted to the practice of law in the Supreme Court and all other courts in the State of Oregon, and is now an attorney in good standing.

March 18, 2025.

NANCY COZINE
State Court Administrator



_____
Authorized Representative