Name and address:
Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SHELTON individually and on behalf of all others similarly situated,<br><br>v.<br>Plaintiff(s)<br><br>FREEDOM FOREVER, LLC<br><br>Defendant(s). | CASE NUMBER<br>2:25-cv-01970-ODW-ADS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Perrong, Andrew R.  of  Perrong Law LLC
*Applicant's Name (Last Name, First Name & Middle Initial)*  2657 Mount Carmel Avenue
(215) 225-5529      (888) 329-0305      Glenside, PA 19038
*Telephone Number*    *Fax Number*
a@perronglaw.com
*E-Mail Address*                  *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
JAMES E. SHELTON

*Name(s) of Party(ies) Represented*   ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: ____

and designating as Local Counsel

Oliver, Dana J.   of   OLIVER LAW CENTER, INC.
*Designee's Name (Last Name, First Name & Middle Initial)*   8780 19th Street #559
291082      855-384-3262      888-570-2021    Rancho Cucamonga, CA 91701
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
dana@danaoliverlaw.com
*E-Mail Address*                  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
         ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
         ☐ for failure to complete Application: ____
         ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
         ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
         ☐ because ____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated ____                              ____
                                U.S. District Judge/U.S. Magistrate Judge