PIERSON FERDINAND LLP
Brandon T. Willenberg (SBN 215918)
brandon.willenberg@pierferd.com
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: (760)518-8155

Attorneys for Defendant,
Freedom Forever, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FOREVER, LLC,<br><br>Defendant. | CASE NO.<br>**2: 25-cv-01970-ODW-ADS**<br><br>STIPULATION TO EXTEND TIME FOR FREEDOM FOREVER, LLC TO RESPOND TO COMPLAINT |

Defendant, Freedom Forever, LLC ("Freedom Forever") and Plaintiff, James E. Shelton ("Plaintiff" or "Shelton"), by and through their counsel, stipulate as follows:

(1) On March 4, 2025, the U.S. District Court for the Eastern District of Pennsylvania ordered the transfer of this case to the above-entitled Court. [See Docket Entry No. 10.];

(2) This case was transferred to this Court on March 11, 2025. [See Docket Entry No. 10.];

(3) On March 13, 2025, this Court issued and order stating that "Defendant [Freedom Forever] is ordered to respond to Plaintiff's Complaint within fourteen (14) days of the date of this order." [See Docket Entry No. 18.];

(4) On March 18, 2025, Plaintiff's attorney, Dana Oliver, filed a Notice of Appearance on behalf of Plaintiff. [See Docket Entry No. 20.];

(5) On March 22, 2025, Plaintiff's Attorney, Andrew R. Perrong, filed his Application of Non-Resident Attorney to Appear Pro Hac Vice on behalf of Plaintiff. [See Docket Entry No. 21.]. Mr. Perrong is the lead attorney for Plaintiff;

(6) Defendant Freedom Forever intends to file a motion to dismiss as its response to the Complaint, but in order to do so, and per Local Rule 7-3, it

must meet and confer with Plaintiff's counsel first, at least seven (7) days prior to filing the motion.

(7) Given the timing of the transfer of this case to this Court, the Court's March 13th Order, and the very recent appearance of Plaintiff's counsel in this case (March 18th and 22nd (for the lead attorney) respectively), the parties' counsel have not had time to meet and confer per the requirements of Local Rule 7-3 regarding Defendant Freedom Forever's proposed motion to dismiss, and for Defendant Freedom Forever to timely comply with the current March 27th filing deadline established by the Court's March 13th order.

(8) The parties' counsel intend to meet and confer on or before April 3, 2025 regarding Defendant Freedom Forever's proposed motion to dismiss, given the current schedules of counsel.

(9) Based on the foregoing, good cause exists to extend the filing deadline for Defendant Freedom Forever's response to the Complaint from March 27, 2025 to April 11, 2025.

///

///

///

///

(10) The parties, through their counsel, respectfully request that the Court continue the deadline for Defendant Freedom Forever, LLC to file its response to the Complaint from March 27, 2025 (the current deadline) to April 11, 2025.

(11) There have been no prior requests for extensions or continuances in this case. This Court has not yet set any pre-trial, discovery, or trial dates.

DATED: March 26, 2025

/s/ Brandon T. Willenberg
PIERSON FERDINAND LLP
Brandon T. Willenberg (SBN 215918)
brandon.willenberg@pierferd.com
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: (760) 518-8155

*Attorneys for Defendant,*
*FREEDOM FOREVER, LLC*

DATED: March 26, 2025

/s/ Andrew R. Perrong
Perrong Law LLC
Andrew R. Perrong
*Pro Hac Vice*
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Fax: 888-329-0305
Email: a@perronglaw.com

*Attorneys for Plaintiff, James E. Shelton, individually and on behalf of all others similarly situated*

STIPULATION TO EXTEND TIME FOR DEFENDANT FREEDOM FOREVER, LLC TO RESPOND TO COMPLAINT
CASE NO. 2: 25-CV-01970-ODW-ADS

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Pierson Ferdinand LLP, 12100 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

On March 26, 2025, I served the document:

**STIPULATION TO EXTEND TIME FOR DEFENDANT FREEDOM FOREVER, LLC TO RESPOND TO COMPLAINT.**

X    CM/ECF SYSTEM. I caused a true and correct copy to be electronically filed with the Clerk of the Court for the Central District of California using the CM/ECF system and served on counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 26, 2025, at San Diego, California.

/s/ *Brandon T. Willenberg*
Brandon T. Willenberg

## SERVICE LIST

Dana J. Oliver, Esq.
Oliver Law Center, Inc.
8780 19th St., #559
Rancho Cucamonga, CA 91701
dana@danaoliverlaw.com

Perrong Law LLC
Andrew R. Perrong
Pro Hac Vice
2657 Mount Carmel Avenue
Glenside, PA 19038

215-225-5529
Email: a@perronglaw.com

6
**STIPULATION TO EXTEND TIME FOR DEFENDANT FREEDOM FOREVER, LLC TO RESPOND TO COMPLAINT**
**CASE NO. 2: 25-CV-01970-ODW-ADS**