**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FOREVER, LLC,<br><br>Defendant. | CASE NO.<br>**2: 25-cv-01970-ODW-ADS**<br><br>[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME FOR FREEDOM FOREVER, LLC TO RESPOND TO COMPLAINT |

The Court has reviewed the parties' Stipulation To Extend Time For Defendant Freedom Forever, LLC To Respond To Complaint. ("Stipulation). Based on the facts and representations in paragraphs 1-11 of the Stipulation, the Court finds that good cause exists to extend the deadline for Defendant Freedom Forever, LLC to respond to the Complaint from March 27, 2025 to April 11, 2025. Defendant Freedom Forever is ordered to respond to Plaintiff's Complaint no later than April 11, 2025.

**IT IS SO ORDERED.**

DATED:   March ____, 2025

_____

Hon. Otis D. Wright II.

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Pierson Ferdinand LLP, 12100 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

On March 26, 2025, I served the document:

**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT FREEDOM FOREVER, LLC TO RESPOND TO COMPLAINT.**

X    CM/ECF SYSTEM. I caused a true and correct copy to be electronically filed with the Clerk of the Court for the Central District of California using the CM/ECF system and served on counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 26, 2025, at San Diego, California.

                                                    /s/ *Brandon T. Willenberg*
                                                    Brandon T. Willenberg

## SERVICE LIST

Dana J. Oliver, Esq.
Oliver Law Center, Inc.
8780 19th St., #559
Rancho Cucamonga, CA 91701
dana@danaoliverlaw.com

Perrong Law LLC
Andrew R. Perrong
Pro Hac Vice
2657 Mount Carmel Avenue

2

[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT FREEDOM FOREVER, LLC TO RESPOND TO COMPLAINT
CASE NO. 2: 25-CV-01970-ODW-ADS

Glenside, PA 19038
215-225-5529
Email: a@perronglaw.com

[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT FREEDOM FOREVER, LLC TO RESPOND TO COMPLAINT
CASE NO. 2: 25-CV-01970-ODW-ADS