# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. SHELTON,<br>individually and on behalf of<br>of all others similarly situated, | ) ) ) | CASE NO.<br>**2: 25-cv-01970-ODW-ADS** |
| | ) | |
| Plaintiffs, | ) | ORDER RE |
| | ) | STIPULATION TO EXTEND |
| v. | ) | TIME FOR FREEDOM |
| | ) | FOREVER, LLC TO |
| | ) | RESPOND TO COMPLAINT |
| | ) | |
| FREEDOM FOREVER, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

The Court has reviewed the parties' Stipulation To Extend Time For Defendant Freedom Forever, LLC To Respond To Complaint. ("Stipulation). Based on the facts and representations in paragraphs 1-11 of the Stipulation, the Court finds that good cause exists to extend the deadline for Defendant Freedom Forever, LLC to respond to the Complaint from March 27, 2025 to April 11, 2025. Defendant Freedom Forever is ordered to respond to Plaintiff's Complaint no later than April 11, 2025.

**IT IS SO ORDERED.**

DATED:      March 27, 2025

_____

Hon. Otis D. Wright II.

**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT FREEDOM FOREVER, LLC TO RESPOND TO COMPLAINT**
**CASE NO. 2: 25-CV-01970-ODW-ADS**