Name and address:

Barry Goheen
Pierson Ferdinand LLP
100 Mount Paran Ridge
Atlanta, GA 30327-3561

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| James E. Shelton, | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:25-cv-01970-ODW-ADS |
| v. | |
| Freedom Forever, LLC, | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Goheen, Barry
*Applicant's Name (Last Name, First Name & Middle Initial)*                    check here if federal government attorney ☐

Pierson Ferdinand LLP
*Firm/Agency Name*

100 Mount Paran Ridge                    404-703-3093                    404-703-3093
                                         *Telephone Number*               *Fax Number*
*Street Address*

Atlanta, GA 30327-3561                                    barry.goheen@pierferd.com
*City, State, Zip Code*                                    *E-mail Address*

**I have been retained to represent the following parties:**

Freedom Forever, LLC                    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____
                                        ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| See attached | | |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 5:23-cv-1899 | Bales and Newman v. Freedom Forever, LLC | 10/6/23 | Granted |
| 5:24-cv-1903 | Clark v. Freedom Forever LLC | 12/27/24 | Granted |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 4/7/25

Barry Goheen
*Applicant's Name (please type or print)*

*[signature]*
*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Willenberg, Brandon T.
*Designee's Name (Last Name, First Name & Middle Initial)*

Pierson Ferdinand LLP
*Firm/Agency Name*

12100 Wilshire Blvd.

Suite 800
*Street Address*

Los Angeles, CA 90025
*City, State, Zip Code*

760-518-8155
*Telephone Number*

760-518-8155
*Fax Number*

brandon.willenberg@pierferd.com
*Email Address*

215918
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 4/7/25

Brandon T. Willenberg
*Designee's Name (please type or print)*

*Brandon Willenberg*
*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

# Supreme Court of Tennessee

# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## Barry Goheen

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on November 4, 1994, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 1st day of April, 2025.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: *Donna Gilmore*
Donna Gilmore, D.C.



# Supreme Court
# State of Georgia
NATHAN DEAL JUDICIAL CENTER

Atlanta 30334

April 8, 2025

I hereby certify that Barry Goheen, Esq., was admitted on the 22nd day of February, 2021, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



, Clerk

# COURTS IN WHICH BARRY GOHEEN IS ADMITTED TO PRACTICE

| Courts: | Date of Admission: |
|---|---|
| State of Georgia | June 25, 1997 |
| State of Tennessee | November 14, 1994 |
| USDC, Middle District of GA | January 30, 2002 |
| USDC, Northern District of GA | July 21, 1997 |
| USDC, Northern District of IL | February 23, 2012 |
| USDC, Southern District of IN | December 17, 2012 |
| USDC, Middle District of TN | July 11, 1995 |
| USDC, Western District of TN | August 28, 2017 |
| USDC, Western District of WI | July 28, 1997 |
| 1st Circuit Court of Appeals | December 10, 2004 |
| 2nd Circuit Court of Appeals | January 28, 2009 |
| 3rd Circuit Court of Appeals | October 29, 2010 |
| 4th Circuit Court of Appeals | February 26, 2007 |
| 5th Circuit Court of Appeals | September 14, 2007 |
| 6th Circuit Court of Appeals | August 19, 1996 |
| 7th Circuit Court of Appeals | December 8, 2006 |
| 8th Circuit Court of Appeals | November 21, 2013 |
| 9th Circuit Court of Appeals | February 9, 2009 |
| 10th Circuit Court of Appeals | June 21, 2010 |
| 11th Circuit Court of Appeals | April 22, 1999 |

DMSLIBRARY01\5183896.v4