Barry Goheen
Pierson Ferdinand LLP
100 Mount Paran Ridge
Atlanta, GA 30327-3561

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| James E. Shelton, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:25-cv-01970-ODW-ADS |
| v. | |
| Freedom Forever, LLC, | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Goheen, Barry                                of    Pierson Ferdinand LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*           100 Mount Paran Ridge
404-703-3093              404-793-3093                                 Atlanta, GA 30327-3561
*Telephone Number*         *Fax Number*

*E-Mail Address*                                                        *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Defendant Freedom Forever, LLC

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Brandon T. Willenberg                        of    Pierson Ferdinand LLP
*Designee's Name (Last Name, First Name & Middle Initial)*      12100 Wilshire Blvd., Suite 800
215918       760-518-8155        760-518-8155                    Los Angeles, CA 90025
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

brandon.willenberg@pierferd.com
*E-Mail Address*                                                        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
          ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
          ☐ for failure to complete Application: _____
          ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
          ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
          ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                                           _____
                                                            U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1