PIERSON FERDINAND LLP
Brandon T. Willenberg (SBN 215918)
brandon.willenberg@pierferd.com
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: (760) 518-8155

Attorneys for Defendant,
Freedom Forever, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FREEDOM FOREVER, LLC, <br><br> Defendant. | CASE NO. <br> 2: 25-cv-01970-ODW-ADS <br><br> **DEFENDANT FREEDOM FOREVER, LLC'S NOTICE OF MOTION AND MOTION FOR PARTIAL DISMISSAL** <br><br> **[L.R. 7-3 Certificate of Compliance]** <br><br> Hearing: May 12, 2025 <br> Time: 1:30pm <br> Courtroom: 5D |

---

DEFENDANT FREEDOM FOREVER, LLC'S NOTICE OF MOTION REGARDING PARTIAL MOTION
TO DISMISS COMPLAINT [L.R. 7-3 CERTIFICATE OF COMPLIANCE]
CASE NO. 2: 25-CV-01970-ODW-ADS

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, on May 12, 2025, at 1:30 p.m., in Courtroom 5D, 5th Floor of the above-entitled Court, located at 350 W. 1st Street, Los Angeles, CA. 90012, Defendant, Freedom Forever, LLC ("Freedom Forever") will move and hereby moves pursuant to Fed. R. Civ. P. 12(b)(6) for an order dismissing the following two items of relief sought in Plaintiff's Complaint ("Complaint"): (1) dismissal of Plaintiff's request for injunctive relief on the basis that he lacks standing to obtain an injunction; and (2) dismissal of Plaintiff's request for attorney's fees because attorney's fees are not available under the Telephone Consumer Protection Act ("TCPA"), the sole basis for Plaintiff's lawsuit. This Motion is based on this Notice of Motion, the accompanying Memorandum of Law, any reply that may be filed, the pleadings and papers on file in this action, and the argument of counsel presented at the hearing on this motion.

## CERTIFICATE OF COMPLIANCE WITH L.R. 7-3

This Motion is made following the telephonic conference of counsel pursuant to Local Rule 7-3, which took place on April 2, 2025, at 12 p.m. (Pacific). Brandon Willenberg, Esq. (located in California), for Defendant Freedom Forever, and Andrew Perrong, Esq. (located in Pennsylvania) for Plaintiff James Shelton attended the conference. The telephonic conference lasted approximately 7 minutes and counsel discussed their respective positions on the two pleading issues presented in this motion. Mr. Perrong maintained that his client (Plaintiff Shelton) has a sufficient legal and factual basis to maintain a claim for attorneys' fees under the TCPA and to have standing to assert injunctive relief. No resolution was reached at that time, necessitating this Motion.

DATED: April 11, 2025.

/s/ *Brandon T. Willenberg*
PIERSON FERDINAND LLP
Brandon T. Willenberg (SBN 215918)
brandon.willenberg@pierferd.com
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: (760) 518-8155

*Attorneys for Defendant,*
*FREEDOM FOREVER, LLC*

**DEFENDANT FREEDOM FOREVER, LLC'S NOTICE OF MOTION REGARDING PARTIAL MOTION TO DISMISS COMPLAINT [L.R. 7-3 CERTIFICATE OF COMPLIANCE]**
**CASE NO. 2: 25-CV-01970-ODW-ADS**