# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FREEDOM FOREVER, LLC, <br><br> Defendant. | CASE NO. <br> 2: 25-cv-01970-ODW-ADS <br><br> **ORDER RE DEFENDANT FREEDOM FOREVER, LLC'S MOTION FOR PARTIAL DISMISSAL** |

**ORDER RE DEFENDANT FREEDOM FOREVER, LLC'S MOTION REGARDING PARTIAL MOTION TO DISMISS COMPLAINT**
**CASE NO. 2: 25-CV-01970-ODW-ADS**

The Court has reviewed and considered Defendant Freedom Forever, LLC's Partial Motion Dismiss, Plaintiff's Opposition, and Defendant's Reply. The Court **GRANTS** the Motion as follows:

(1) Plaintiff's request for injunctive relief is dismissed as Plaintiff lacks Article III standing to obtain such relief, and

(2) Plaintiff's request for attorney's fees is dismissed because such relief is not available under the TCPA

**IT IS SO ORDERED.**

DATED:   May ____, 2025

_____
Hon. Otis D. Wright

**ORDER RE DEFENDANT FREEDOM FOREVER, LLC'S MOTION REGARDING PARTIAL MOTION TO DISMISS COMPLAINT**
**CASE NO. 2: 25-CV-01970-ODW-ADS**