O

# United States District Court
# Central District of California

JAMES E. SHELTON.

            Plaintiff,

     v.

FREEDOM FOREVER, LLC,

            Defendant.

Case № 2:25-cv-01970-ODW (ADSx)

**ORDER DENYING MOTION FOR PARTIAL DISMISSAL AS MOOT [28]**

///
///
///
///
///
///
///
///
///
///
///
///

On April 11, 2025, Defendant Freedom Forever, LLC served Plaintiff James E. Shelton with a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss in this case. (ECF No. 28.)  On April 25, 2025, Plaintiff filed a First Amended Complaint, less than twenty-one days after Defendant filed its responsive motion.  (ECF No. 30.) Federal Rule of Civil Procedure 15(a)(1)(b) allows plaintiffs to file an amended complaint once as a matter of course within twenty-one days of being served with a Rule 12(b) motion.  Therefore, Plaintiff's amended complaint here was proper.  As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**.  *See Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

April 28, 2025

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**