# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. SHELTON, individually and on behalf of of all others similarly situated, | ) ) ) ) | **CASE NO. 2: 25-cv-01970-ODW-ADS** |
| Plaintiffs, | ) ) ) ) ) ) ) | **ORDER RE DEFENDANT FREEDOM FOREVER, LLC'S MOTION FOR PARTIAL DISMISSAL** |
| v. | ) ) | |
| FREEDOM FOREVER, LLC, | ) ) ) ) ) ) | |
| Defendant. | ) | |

**ORDER RE DEFENDANT FREEDOM FOREVER, LLC'S MOTION REGARDING PARTIAL MOTION TO DISMISS FIRST AMENDED COMPLAINT**
**CASE NO. 2: 25-CV-01970-ODW-ADS**

The Court has reviewed and considered Defendant Freedom Forever, LLC's Partial Motion Dismiss, Plaintiff's Opposition, and Defendant's Reply. The Court **GRANTS** the Motion as follows:

(1) Plaintiff's request for injunctive relief is dismissed as Plaintiff lacks Article III standing to obtain such relief, and

(2) Plaintiff's request for attorney's fees is dismissed because such relief is not available under the TCPA

**IT IS SO ORDERED**.

DATED:    June _____, 2025              _____

                                        Hon. Otis D. Wright

**ORDER RE DEFENDANT FREEDOM FOREVER, LLC'S MOTION REGARDING PARTIAL MOTION TO DISMISS FIRST AMENDED COMPLAINT**
**CASE NO. 2: 25-CV-01970-ODW-ADS**

**DEFENDANT FREEDOM FOREVER, LLC'S NOTICE OF MOTION REGARDING PARTIAL MOTION TO DISMISS COMPLAINT [L.R. 7-3 CERTIFICATE OF COMPLIANCE]**
**CASE NO. 2: 25-CV-01970-ODW-ADS**