# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E SHELTON<br><br>Plaintiff(s),<br><br>v.<br><br>FREEDOM FOREVER LLC<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25–cv–01970–ODW–ADS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __5/9/2025__

Document No.:  __32__

Title of Document:  __MOTION to Dismiss Portions of First Amended Complaint by Defendant Freedom Forever LLC__

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1–1 no notice of interested parties.

No notice of interested party on file by this defendant to date.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __May 13, 2025__       By: __/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov__
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**