PIERSON FERDINAND LLP
Brandon T. Willenberg (SBN 215918)
brandon.willenberg@pierferd.com
Barry Goheen (Pro Hac Vice)
barry.goheen@pierferd.com
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: (760) 518-8155

Attorneys for Defendant,
Freedom Forever, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FOREVER, LLC,<br><br>Defendant. | CASE NO.<br>**2: 25-cv-01970-ODW-ADS**<br><br>**CERTIFICATE AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

In accordance with FRCP 7.1 and LR 7-1.1, the undersigned, counsel of record for Defendant, Freedom Forever, LLC, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Plaintiff JAMES E. SHELTON; and

Defendant FREEDOM FOREVER, LLC.

DATED: May 14, 2025.

    /s/ *Brandon T. Willenberg*
PIERSON FERDINAND LLP
Brandon T. Willenberg (SBN 215918)
brandon.willenberg@pierferd.com
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: (760) 518-8155

*Attorneys for Defendant,*
*FREEDOM FOREVER, LLC*

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Pierson Ferdinand LLP, 12100 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

On May 14, 2025, I served the document:

**DEFENDANT FREEDOM FOREVER, LLC'S PARTIAL MOTION TO DISMISS FIRST AMENDED COMPLAINT**

X    CM/ECF SYSTEM. I caused a true and correct copy to be electronically filed with the Clerk of the Court for the Central District of California using the CM/ECF system and served on counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 14, 2025, at San Diego, California.

    /s/ *Brandon T. Willenberg*
    Brandon T. Willenberg

# SERVICE LIST

Dana J. Oliver, Esq.
Oliver Law Center, Inc.
8780 19th St., #559
Rancho Cucamonga, CA 91701
dana@danaoliverlaw.com

Perrong Law LLC
Andrew K. Perrong
Pro Hac Vice
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Email: a@perronglaw.com

2
**DEFENDANT FREEDOM FOREVER, LLC'S CERTIFICATE AND
NOTICE OF INTERESTED PARTIES (CASE NO. 2:25-CV-01970-ODW-ADS)**