UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SHELTON individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>FREEDOM FOREVER LLC<br><br>Defendant. | Case No. 2:25-cv-01970-ODW-ADS<br><br>**[PROPOSED ORDER DENYING] DEFENDANT'S MOTION FOR PARTIAL DISMISSAL (ECF NO. 32)**<br><br>**Hearing: June 16, 2025**<br>**Time: 1:30 PM**<br>**Courtroom: 5D** |

**[PROPOSED ORDER]**
**DENYING MOTION TO DISMISS**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that Defendant Freedom Forever LLC's Motion to Dismiss (ECF No. 32) is hereby DENIED.

*BY THE COURT:*

_____
                                                            J.