**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| James E. Shelton,<br><br>v.<br><br>Freedom Forever LLC,<br><br>Plaintiff<br><br>Defendant. | CASE NUMBER:<br>CV 25-01970-ODW (KSx)<br><br>**ORDER/REFERRAL TO ADR** |

The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26-1, hereby:

**ORDERS** this case referred to:

**X   ADR PROCEDURE NO. 3**: (Private mediation).

For ADR Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or private mediator at the appropriate time to arrange for further proceedings.

Dated: October 14, 2025

_____
United States District Judge