PIERSON FERDINAND LLP
Brandon T. Willenberg (SBN 215918)
brandon.willenberg@pierferd.com
Barry Goheen (Pro Hac Vice)
barry.goheen@pierferd.com
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: (760) 518-8155

Attorneys for Defendant,
Freedom Forever, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of of all others similarly situated, | CASE NO. 2:25-cv-01970-ODW-ADS |
| Plaintiff, | DEFENDANT FREEDOM FOREVER, LLC'S NOTICE OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS |
| v. | |
| FREEDOM FOREVER, LLC, | |
| Defendant. | |

**PLEASE BE ADVISED** that on April 15, 2026, Freedom Forever, LLC ("Debtor"), defendant in this case, filed a petition for bankruptcy under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 301 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court"). Attached as Exhibit A is the Notice of Bankruptcy Filing.

**PLEASE BE FURTHER ADVISED** that pursuant to section 362 of the Bankruptcy Code, as of the commencement of the chapter 11 case, the above-captioned action has been automatically stayed as against the Debtor. Section 362 of the Bankruptcy Code provides, in part, that the filing of a petition to commence a chapter 11 case operates as a stay of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [title 11], or to recover a claim against the debtor that arose before the commencement of the case under [title 11]" and "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the [bankruptcy] case…." 11 U.S.C. §§ 362(a)(1) & (6).

**PLEASE BE FURTHER ADVISED** that any action taken against the Debtor without obtaining relief from the automatic stay from the Bankruptcy Court,

DEFENDANT FREEDOM FOREVER, LLC'S NOTICE OF BANKRUPTCY
CASE NO. 2:25-CV-01970-ODW-ADS

may be void ab intitio and may result in a finding of contempt for violation of the automatic stay.


DATED:      June 4, 2026.


/s/ *Brandon T. Willenberg*
PIERSON FERDINAND LLP
Brandon T. Willenberg (SBN 215918)
brandon.willenberg@pierferd.com
Barry Goheen (Pro Hac Vice)
barry.goheen@pierferd.com
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: (760) 518-8155


*Attorneys for Defendant,*
*FREEDOM FOREVER, LLC*

**DEFENDANT FREEDOM FOREVER, LLC'S NOTICE OF BANKRUPTCY**
**CASE NO. 2:25-CV-01970-ODW-ADS**

## CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Pierson Ferdinand LLP, 12100 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

On June 4, 2026, I served the document:

**DEFENDANT FREEDOM FOREVER, LLC'S NOTICE OF BANKRUPTCY AND AUTOMATIC STAY**

X       CM/ECF SYSTEM. I caused a true and correct copy to be electronically filed with the Clerk of the Court for the Central District of California using the CM/ECF system and served on counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 4, 2026, at Oceanside, California.

_/s/ *Brandon T. Willenberg*
Brandon T. Willenberg

## SERVICE LIST

Dana J. Oliver, Esq.
Oliver Law Center, Inc.
8780 19th St., #559
Rancho Cucamonga, CA 91701
dana@danaoliverlaw.com

Perrong Law LLC
Andrew K. Perrong
Pro Hac Vice
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Email: a@perronglaw.com

DEFENDANT FREEDOM FOREVER, LLC'S NOTICE OF BANKRUPTCY
CASE NO. 2:25-CV-01970-ODW-ADS