Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
(855) 384-3262

Local Attorney for Plaintiff and Putative Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SHELTON individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FREEDOM FOREVER LLC,<br><br>Defendant. | Case No. 2:25-cv-01970-ODW-KS<br><br>**JOINT STATUS REPORT REGARDING BANKRUPTCY** |

Pursuant to this Court's Minute Order entered June 5, 2026, (ECF No. 46), Plaintiff James E. Shelton, individually and on behalf of all others similarly situated, and Defendant Freedom Forever LLC, by and through their respective undersigned counsel, hereby submit this Joint Status Report regarding the status of Defendant's bankruptcy case proceedings.

**1. Procedural Background**

On June 4, 2026, Defendant filed its Notice of Filing Bankruptcy (ECF No. 45). By Minute Order entered June 5, 2026 (ECF No. 46), the Court stayed all

further proceedings in this action and vacated all dates and deadlines. The Court further ordered the parties to file a joint status report every 90 days, until this action is reinstated, advising the Court of the status of Defendant's bankruptcy case proceedings, with the first such report due no later than September 3, 2026. This report is timely submitted pursuant to that Order.

**2. Status of Defendant's Bankruptcy Case**

Defendant's bankruptcy case, *In re Freedom Forever LLC*, Case No. 26-10522, is pending in the United States Bankruptcy Court for the District of Delaware. On August 7, 2026, the case was converted from a case under Chapter 11 of the Bankruptcy Code to a case under Chapter 7. A Chapter 7 trustee has been appointed and the new section 341 meeting of creditors is presently scheduled for September 22, 2026. The automatic stay of 11 U.S.C. § 362(a) remains in effect as to Defendant, although counsel for Defendant intend to file a motion to withdraw as counsel in the coming days.

**3. Deadline for Filing Proofs of Claim**

Under Federal Rule of Bankruptcy Procedure 1019(b)(1), the conversion of a case to Chapter 7 commences a new period for the filing of proofs of claim, and Federal Rule of Bankruptcy Procedure 3002(c) fixes that period at 70 days after the order for relief under Chapter 7, here, the August 7, 2026 order of conversion. Accordingly, the period for filing proofs of claim has not run. Plaintiff intends to

file an appropriate proof of claim, on behalf of himself and the putative class, at an appropriate time, or at such other approrpiate time as the deadline for filing a proof of claim is set either by further order or by rule.

**4. Effect on These Proceedings**

In light of the pending Chapter 7 case and the automatic stay, the parties do not presently request that the stay be lifted or that this action be reinstated. The parties will promptly notify the Court of any development in the bankruptcy case that bears on the continuation of the stay or that would otherwise permit this action to proceed.

**5. Next Joint Status Report**

Unless otherwise ordered by the Court, or unless this action is sooner reinstated, the parties will file their next joint status report on or before December 2, 2026, which is 90 days after the filing deadline for this report.

Respectfully Submitted: September 3, 2026

PLAINTIFF, individually and
on behalf of others similarly situated,

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
(*Pro Hac Vice*)
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)

Facsimile: 888-329-0305
a@perronglaw.com

/s/ *Barry Goheen*
PIERSON FERDINAND LLP
Brandon T. Willenberg (SBN 215918)
brandon.willenberg@pierferd.com
Barry Goheen (Pro Hac Vice)
barry.goheen@pierferd.com
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: (760) 518-8155

*Attorneys for Defendant,*
*FREEDOM FOREVER, LLC*