# DECLARATION OF BARRY GOHEEN EXHIBIT 1

# DECLARATION OF BRETT BOUCHY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**MICHAEL ROBERTSON,**
**Plaintiff,**

**vs.**

**FREEDOM FOREVER VIRGINIA LLC,**
**Defendant.**

**Civil Action No. 1:25-cv-1921-MSN-IDD**

**DECLARATION OF BRETT BOUCHY**

I, Brett Bouchy, Chief Executive Officer of Freedom Forever LLC and Freedom Forever Virginia, LLC, hereby make this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746, and declare as follows:

1. This Declaration is based upon my personal knowledge.
2. I am the Chief Executive Officer of Freedom Forever LLC and Freedom Forever Virginia, LLC. In that capacity I have personal knowledge of the organizational structure, assets, and operations of both entities. Freedom Forever Virginia LLC is the Defendant in the above-styled case.
3. On April 15, 2026, Freedom Forever LLC filed a petition for bankruptcy under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the District of Delaware. I understand that the bankruptcy petition has been filed with the Court in this case.
4. Freedom Forever LLC is a company formed under the laws of the State of Delaware and is headquartered in Temecula, California. Likewise, Freedom Forever Virginia

Docusign Envelope ID: B70748F3-4823-8A7F-808F-539AA6720CCF

LLC is a company formed under the laws of the State of Delaware and is headquartered in Temecula, California.

5. Freedom Forever Virginia LLC is a wholly owned subsidiary of Freedom Forever LLC. In other words, Freedom Forever LLC owns 100% of Freedom Forever Virginia.

6. Freedom Forever Virginia LLC has no corporate assets of its own, including no separate or independent bank accounts, no independent board of directors, and no in-house counsel or legal team. All actions taken on behalf of Freedom Forever Virginia LLC are, and have been, taken by, at the direction of, the management and employees of Freedom Forever LLC.

7. Because Freedom Forever Virginia has no independent assets of its own, all legal fees incurred in this case have been borne by Freedom Forever LLC. Likewise, any judgment entered against Freedom Forever Virginia in this action would, as a practical matter, be borne by Freedom Forever LLC and would directly and negatively impact the bankruptcy estate of Freedom Forever LLC currently pending in the United States Bankruptcy Court for the District of Delaware.

8. Freedom Forever LLC has no funds to continue with outside counsel representation in this case or any other cases and, therefore, has consented to the withdrawal of counsel in this case and all other cases to which Freedom Forever, LLC, or any of its subsidiaries and affiliates (including Freedom Forever Virginia, LLC) are parties.

9. Freedom Forever LLC is currently working to bring all of its subsidiaries into individual bankruptcy filings under the main Bankruptcy court action, including Freedom Forever Virginia LLC.

Docusign Envelope ID: B70748F3-4823-8A7F-808F-539AA6720CCF

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed by:
Brett Bouchy
92A37CAAC9EF4EB...

Brett Bouchy, Chief Executive Officer

06/12/2026 | 10:21 AM PDT

Date