# DECLARATION OF BARRY GOHEEN EXHIBIT 2

# EMAILS TO FREEDOM FOREVER REGARDING MOTION TO WITHDRAW

**Barry Goheen**

**From:** Barry Goheen
**Sent:** Wednesday, September 16, 2026 7:07 PM
**To:** Brandon Sand
**Subject:** FW: Bankruptcy Update - Shelton v. Freedom Forever LLC
**Attachments:** Freedom Forever BK JSR.docx

Brandon – I am resending this to you as a reminder that we intend to move to withdraw as counsel in the Shelton case. As Mr. Bouchy has consented to our withdrawal in these cases, we will represent same to the court in our papers. As you know, if withdrawal is granted, the company will need to procure counsel in order to prevent a potential default. Thank you and let me know if you have any questions.

Barry Goheen
Pierson Ferdinand
100 Mount Paran Ridge
Atlanta, GA 30327
Barry.goheen@pierferd.com
678-592-9507

---

**From:** Barry Goheen <barry.goheen@pierferd.com>
**Sent:** Sunday, August 23, 2026 8:51 PM
**To:** Brandon Sand <bsand@freedomforever.com>
**Subject:** Fw: Bankruptcy Update - Shelton v. Freedom Forever LLC

Brandon, the judge in the Shelton class action ordered the parties to file a status report 90 days from June 5, which is coming up. Counsel for the plaintiff drafted the attached. Can you please review this and let me know if it is accurate? Also, I plan to tell him that we would like his consent to withdraw as counsel when we file this. Thank you.

Barry Goheen
Pierson Ferdinand
barry.goheen@pierferd.com
(404) 793-3093

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Sunday, 23 August 2026 12:45:34
**To:** Barry Goheen <barry.goheen@pierferd.com>; Brandon Willenberg <brandon.willenberg@pierferd.com>
**Subject:** Bankruptcy Update - Shelton v. Freedom Forever LLC

External Message.

Counsel,

Please see the attached proposed JSR for your review.

--
Thank you kindly,

Andrew Perrong, Esq.
Perrong Law LLC
(*Please Note New Address*)
1669 Edgewood Rd., Suite 218
Yardley, PA 19067
215-225-5529 (CALL-LAW)