# DECLARATION OF BARRY GOHEEN EXHIBIT 3

# EMAILS WITH COUNSEL FOR PLAINTIFF REGARDING MOTION TO WITHDRAW

**Barry Goheen**

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Wednesday, August 26, 2026 10:11 AM
**To:** Barry Goheen
**Cc:** Brandon Willenberg
**Subject:** Re: Bankruptcy Update - Shelton v. Freedom Forever LLC

External Message.

We do not consent.

On Wed, Aug 26, 2026 at 7:10 AM Barry Goheen <barry.goheen@pierferd.com> wrote:

Andrew, our firm intends to file a request to withdraw as counsel in conjunction with this filing. Please let me know if you consent to the withdrawal and we will get it on file. Thanks.

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Sunday, August 23, 2026 12:46 PM
**To:** Barry Goheen <barry.goheen@pierferd.com>; Brandon Willenberg <brandon.willenberg@pierferd.com>
**Subject:** Bankruptcy Update - Shelton v. Freedom Forever LLC

External Message.

Counsel,

Please see the attached proposed JSR for your review.

--

Thank you kindly,

Andrew Perrong, Esq.

Perrong Law LLC

(*Please Note New Address*)

1669 Edgewood Rd., Suite 218

Yardley, PA 19067

215-225-5529 (CALL-LAW)