# DECLARATION OF BARRY GOHEEN EXHIBIT 4

# ORDER GRANTING WITHDRAWAL IN

# *Robertson v. Freedom Forever Va., LLC*, Case No. 1:25-cv-1921-MSN-IDD (E.D. Va. June 25, 2026)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICHAEL ROBERTSON, *Plaintiff,* v. FREEDOM FOREVER VIRGINIA, LLC, *Defendant.* | 1:25-cv-1921-MSN-IDD |

ORDER

This matter comes before the Court on Plaintiff's Request for Entry of Default as to Defendant Freedom Forever Virginia LLC (ECF 40), Defendant's request for stay (ECF 39), and Defendant's counsel Amy Epstein Gluck and Barry Goheen's Motion to Withdraw Appearance of Counsel (ECF 41).

It is hereby

ORDERED Defendant's request for stay (ECF 39) is DENIED; and it is further

ORDERED that Defendant's counsel's Motion to Withdraw (ECF 41) is GRANTED. The Clerk of Court is directed to terminate Amy Epstein Gluck, Barry Goheen, and the law firm of Pierson Ferdinand LLP as counsel of record for Defendant; and it is further

ORDERED that that Plaintiff is directed to immediately file a renewed request for entry of default against Defendant by the Clerk of Court and after default is entered, a Motion for Default Judgment against Defendant.

**IT IS SO ORDERED.**

The Clerk is directed to forward a copy of this Order to counsel of record.

/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge

June 25 2026
Alexandria, Virginia