## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. SHELTON,<br>individually and on behalf of<br>of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FOREVER, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO.<br>2: 25-cv-01970-ODW-ADS**<br><br>**ORDER RE DEFENDANT FREEDOM FOREVER, LLC'S MOTION TO WITHDRAW** |

The Court has reviewed and considered Defendant Freedom Forever, LLC's Motion to Withdraw, Plaintiff's Opposition, and Defendant's Reply. The Court **GRANTS** the Motion as follows:

The motion to withdraw (Dkt. No. 45) is GRANTED. Freedom Forever is ORDERED to find substitute counsel and substitute counsel SHALL enter an appearance no later than December 31, 2026. If substitute counsel does not appear on behalf of Freedom Forever by this deadline, Plaintiff may file a motion for default and subsequent motion for default judgment after entry of default against any unrepresented Defendant at that time.

The Clerk of Court is directed to terminate Brandon Willenberg, Barry Goheen, and the law firm of Pierson Ferdinand LLP as counsel of record for Defendant Freedom Forever.

**IT IS SO ORDERED**.

DATED: ______, 2026. ______________________________

Hon. Otis D. Wright