PIERSON FERDINAND LLP
Brandon T. Willenberg (SBN 215918)
brandon.willenberg@pierferd.com
Barry Goheen (Pro Hac Vice)
barry.goheen@pierferd.com
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: (760) 518-8155

Attorneys for Defendant,
Freedom Forever, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of of all others similarly situated, | **CASE NO. 2: 25-cv-01970-ODW-ADS** |
| Plaintiffs, | **DECLARATION OF BARRY GOHEN AND CERTIFICATE OF COMPLIANCE REGARDING USE OF ARTIFICIAL INTELLIGENCE IN MOTION FOR WITHDRAWAL OF COUNSEL OF DEFENDANT FREEDOM FOREVER, LLC** |
| v. | |
| FREEDOM FOREVER, LLC, | |
| Defendant. | November 23, 2026<br>1:30 P.M.<br>Courtroom 5D |

I, Barry Goheen, hereby declare under penalty of perjury under 28 U.S.C. § 1746 and the laws of the United States of America that the following is true and correct:

1. I am over the age of 18 and am otherwise competent to testify as to all matters herein, and make the following statements based on my own personal knowledge. I am an attorney of record for Freedom Forever, LLC ("Freedom Forever") in this matter. I am a partner at Pierson Ferdinand LLP, the law firm of record for Freedom Forever in this case.
2. This Declaration is made in support of the motion to withdraw (ECF 46) filed by Defense Counsel in this matter.
3. In accordance with Rule VII(A) of this Court's procedures, I certify that the motion to withdraw (ECF 48) does not use generative artificial intelligence. If generative artificial intelligence was used, following drafting, I reviewed, revised, and supplemented all portions of the brief, including those that were informed by the use of Artificial Intelligence or based on prior templates. I independently verified the factual and legal accuracy of the content and confirmed that all arguments and authorities were appropriate to the issues presented.

I declare under penalty of perjury that the foregoing is true and correct.

This 19th day of October, 2026.

s/*Barry Goheen*
Barry Goheen

## CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Pierson Ferdinand LLP, 12100 Wilshire Blvd., Suite 800, Los Angeles, CA 90025. On October 19, 2026, I served the following document(s):

**CERTIFICATE OF COMPLIANCE AND DECLARATION OF BARRY GOHEN REGARDING USE OF ARTIFICIAL INTELLIGENCE IN MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT FREEDOM FOREVER, LLC**

X CM/ECF SYSTEM. I caused a true and correct copy to be electronically filed with the Clerk of the Court for the Central District of California using the CM/ECF system and served on counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 14, 2026, at San Diego, California.

/s/ *Brandon Willenberg*
Brandon Willenberg

## SERVICE LIST

| | |
|---|---|
| Dana J. Oliver, Esq.<br>Oliver Law Center, Inc.<br>8780 19th St., #559<br>Rancho Cucamonga, CA 91701<br>dana@danaoliverlaw.com | Perrong Law LLC<br>Andrew K. Perrong<br>Pro Hac Vice<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>215-225-5529<br>Email: a@perronglaw.com |