Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
(855) 384-3262

Local Attorney for Plaintiff and Putative Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SHELTON individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FREEDOM FOREVER LLC,<br><br>Defendant. | Case No. 2:25-cv-01970-ODW-KS<br><br>**DECLARATION OF ANDREW ROMAN PERRONG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR WITHDRAWAL OF COUNSEL OF DEFENDANT FREEDOM FOREVER, LLC**<br><br>Date: November 19, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5D<br>Judge: Hon. Otis D. Wright II |

I, Andrew Roman Perrong, declare as follows:

1. I am an attorney with Perrong Law LLC and counsel for Plaintiff James E. Shelton in this action, admitted *pro hac vice*. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. On July 31, 2025 Plaintiff served Plaintiff's First Set of Discovery on Defendant Freedom Forever, LLC. Those requests sought, among other things, records of the outbound calls and text messages placed by or on behalf of Freedom Forever, including by any affiliate or vendor, and the identity of the dialing platforms and vendors used to place them. A true and correct copy of the requests is attached as Exhibit A.

3. On September 2, 2025, Freedom Forever served responses that consisted mostly of objections and did not produce any calling records or identify the systems, vendors, or custodians that hold them. A true and correct copy is attached as Exhibit B.

4. Freedom Forever has not supplemented its responses or produced any calling records. As a result, Plaintiff does not know which entities, systems, or vendors maintain the records of the calls and text messages at issue in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 28, 2026, in the United States of America

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong