UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SHELTON individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FREEDOM FOREVER LLC,<br><br>Defendant. | Case No. 2:25-cv-01970-ODW-KS<br><br>**[PROPOSED] ORDER DENYING MOTION FOR WITHDRAWAL OF COUNSEL OF DEFENDANT FREEDOM FOREVER, LLC (ECF NO. 48)** |

The Court has considered the Motion for Withdrawal of Counsel of Defendant Freedom Forever, LLC (ECF No. 48) filed by Pierson Ferdinand LLP ("Defense Counsel"), Plaintiff's Opposition, and the other papers filed in connection with the Motion. For good cause shown, the Court ORDERS as follows:

1. The Motion is DENIED without prejudice to renewal after the automatic stay of 11 U.S.C. § 362(a) is lifted as to this action, or after Defense Counsel has served the Motion on Alfred T. Giuliano, the Chapter 7 trustee for

Defendant Freedom Forever, LLC (the "Trustee"), and the Trustee has had an opportunity to respond.

2. Any renewed motion shall be served on the Trustee and accompanied by proof of that service.

3. Pierson Ferdinand LLP shall remain counsel of record for Defendant pending further order of the Court.

IT IS SO ORDERED.

DATED: ____________________, 2026

______________________________
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE