# EXHIBIT A

# SUPPLEMENTAL DECLARATION OF BARRY GOHEEN IN SUPPORT OF MOTION TO WITHDRAW

PIERSON FERDINAND LLP
Brandon T. Willenberg (SBN 215918)
brandon.willenberg@pierferd.com
Barry Goheen (Pro Hac Vice)
barry.goheen@pierferd.com
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: (760) 518-8155

Attorneys for Defendant,
Freedom Forever, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of of all others similarly situated, | **CASE NO. 2:25-cv-01970-ODW-ADS** |
| Plaintiffs, | **SUPPLEMENTAL DECLARATION OF BARRY GOHEEN IN SUPPORT OF MOTION FOR WITHDRAWAL OF COUNSEL OF DEFENDANT FREEDOM FOREVER, LLC** |
| v. | |
| FREEDOM FOREVER, LLC, | |
| Defendant. | November 23, 2026<br>1:30 PM<br>Courtroom 5D |

I, Barry Goheen, hereby declare under penalty of perjury under 28 U.S.C. § 1746 and the laws of the United States of America that the following is true and correct:

1. I am over the age of 18 and am otherwise competent to testify as to all matters herein, and make the following statements based on my own personal knowledge. I am an attorney of record for Freedom Forever, LLC ("Freedom Forever") ("Defendant" or "Client") in this matter. I am a partner at Pierson Ferdinand LLP, the law firm of record for Freedom Forever in this case ("Defense Counsel").
2. This Supplemental Declaration is made in support of the motion to withdraw filed by Defense Counsel in this matter and supplements the prior declaration I made in this matter dated October 14, 2026, and filed with the Court at Docket No. 48-1.
3. I emailed Freedom Forever's in-house counsel with a copy of Plaintiff's response to the motion to withdraw at 9:04 AM on October 29, 2026, the morning after Plaintiff filed the response on the evening of October 28, 2026. (*A true and correct copy of this email, reflecting the PDF attachment of Plaintiff's response papers but not attaching them here due to their volume, is attached as Ex. 1 hereto*.)
   a. Defense Counsel's email stated: "Brandon – per the below, the Shelton plaintiff is opposing the motion to withdraw. Apparently the bankruptcy has converted to a Chapter 7 and the company is being liquidated. This is news to me but please update me on what's going on ASAP. Thanks." (*Id.*)
   b. The recipient of the email neither acknowledged receipt of the email nor responded to Defense Counsel's request for an update.

c. It remains the case, as I testified in my original Declaration, that undersigned declarant last received a communication from in-house counsel on July 20, 2026 – now nearly four months ago.

4. Defense Counsel has no involvement in Freedom Forever's bankruptcy proceeding, has not entered an appearance in that proceeding, and has had no contact with the Trustee on any issues related to the bankruptcy.

5. Plaintiff's response to the motion to withdraw references pre-automatic stay discovery issues. Freedom Forever actively participated in discovery prior to its filing of the bankruptcy petition. Plaintiff, however, incorrectly asserts or implies that Defense Counsel possesses records of calls allegedly made to Plaintiff. As Plaintiff's counsel was advised during discovery prior to the entry of the automatic stay, Freedom Forever had no record of making the calls that are alleged in the operative complaint.

6. In any event, Defense Counsel does not have in its possession any records reflecting phone calls made to Plaintiff that are the subject of the operative complaint.

I declare under penalty of perjury that the foregoing is true and correct.

This 9th day of November, 2026.

s/*Barry Goheen*
Barry Goheen

GOHEEN SUPPLEMENTAL DECLARATION -- EXHIBIT A

**Barry Goheen**

| | |
|---|---|
| **From:** | Barry Goheen |
| **Sent:** | Thursday, October 29, 2026 9:04 AM |
| **To:** | Brandon Sand |
| **Subject:** | FW: Shelton v Freedom Forever - Opposition to Motion to Withdraw (No. 2:25-cv-01970-ODW-KS) |
| **Attachments:** | Shelton v. Freedom Forever ECF 52.pdf |

Brandon – per the below, the Shelton plaintiff is opposing the motion to withdraw. Apparently the bankruptcy has converted to a Chapter 7 and the company is being liquidated. This is news to me but please update me on what's going on ASAP. Thanks.

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Thursday, October 29, 2026 3:23 AM
**To:** atgiuliano@giulianomiller.com; Barry Goheen <barry.goheen@pierferd.com>; Brandon Willenberg <brandon.willenberg@pierferd.com>
**Subject:** Shelton v Freedom Forever - Opposition to Motion to Withdraw (No. 2:25-cv-01970-ODW-KS)

External Message.

Dear Mr. Giuliano,

Please see the attached, which was filed in this matter. Copies to follow by first class mail.

--
Thank you kindly,
Andrew Perrong, Esq.
Perrong Law LLC
(*Please Note New Address*)
1669 Edgewood Rd., Suite 218
Yardley, PA 19067
215-225-5529 (CALL-LAW)